UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>AARON M. BAILEY,<br><br>　　　　Defendant. | CASE NO. MJ14-293<br><br>DETENTION ORDER |

<u>Offenses charged</u>:

Felon in Possession of Firearm

<u>Date of Detention Hearing</u>:　July 17, 2014.

　　　　The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which defendant can meet will reasonably assure the appearance of defendant as required and the safety of other persons and the community.

DETENTION ORDER
PAGE -1

FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

(1) Defendant has serious mental health problems. He was involuntarily committed in 2010. He has attempted suicide on several occasions, some of which also posed hazards to other persons.

(2) The Complaint alleges that in March of this year he attended a mental health support group meeting at Virginia Mason Medical Center. He spoke for several minutes about how crazy everyone was at the meeting. He said he had been shooting his gun at a range earlier in the day. He then displayed and unsnapped his shoulder holster and began removing a semi-automatic pistol containing two magazines of ammunition. Everyone present at the meeting was panicked, including the coordinator. Defendant said the gun was not loaded, and later pulled it from the holster and pointed it at the coordinator. He later said "I shouldn't even have this gun," and left the room with the gun, magazines and holster.

(3) His record includes convictions for assault, battery and theft.

(4) He has a history of alcohol abuse.

(5) He has no stable residence. Defense counsel suggests he should be released as soon as he can make arrangements to reside at a residential re-entry center, pending placement in a clean and sober house. Bu even if such arrangements were possible, they would not give reasonable assurance of defendant's appearances, or of the safety of other persons and the community. This is reinforced by the report from the Community Psychiatric Center in Seattle that

defendant's participation in that program over the years has been inconsistent, and that he has been "exited" from that program.

(6) The court concurs in the recommendation of the Pretrial Services Office that defendant be detained.

It is therefore ORDERED:

1. Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

2. Defendant shall be afforded reasonable opportunity for private consultation with counsel;

3. On order of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

4. The Clerk shall direct copies of this Order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United States Pretrial Services Officer.

DATED this 17 day of July, 2014.

John L. Weinberg
United States Magistrate Judge

DETENTION ORDER
PAGE -3